USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

MICHAEL STONE,

                              Plaintiff,

                -against-

CAPTAIN MALDONADO # 1668, C.O. PEREZ # 15840, CAPTAIN WASHINGTON # 688, ASSISTANT DEP, A. MOHAMMAD # 2005, CAPTAIN JOHNSON # 742,

                              Defendants.

------------------------------------------------------------ x

**ORDER TO PRODUCE INMATE FOR TELEPHONE CONFERENCE WITH COURT**

09 Civ. 4192(DAB)(KNF)

**IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of the George Motchan Detention Center, located at 15-15 Hazen Street, East Elmhurst, New York, or such other correctional facility operated by the New York City Department of Correction at which plaintiff is housed, produce plaintiff inmate Michael Stone—Book & Case No. 349-09-01149, NYSID No. 04858581H—on **Thursday, May 27, 2010 at 3:30 P.M.** for a telephone call with the Court; and (2) that inmate Michael Stone appear in such place as designated by the Superintendent or other official in charge of George Motchan Detention Center, or such other correctional facility operated by the New York City Department of Correction at which plaintiff is housed, on **Thursday, May 27, 2010 at 3:30 P.M.** and for so long thereafter until the telephone call has concluded.

Dated:     New York, New York
             May 13, 2010

SO ORDERED:

_____
HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE